## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

**Date: March 18, 2008**

Courtroom Deputy: Ginny Kramer
Court Reporter:   Suzanne Claar
Probation Officer: Robert Ford

---

**Criminal Case No. 07-cr-00285-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Joseph Mackey |
| v. | |
| AMBROSE GONZALES, Defendant. | Robert Pepin |

---

### SENTENCING MINUTES

---

**9:05 a.m.    Court in Session.**

The Defendant is present in court (on bond).

Appearances of counsel.

Court's opening remarks..

The Defendant is sworn.

Pursuant to 18 U.S.C. § 3352 and F.R.Cr.P.32, the Probation Department has conducted a presentence investigation and has filed a presentence report.

Counsel for the Defendant informs the Court that he has read and discussed the presentence report with the defendant.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of his punishment and commented on the probation officer's determinations and other matters affecting sentence.

Statement to the court by the government.

The Court has considered all relevant matters of fact and law, including the following:

1. The nature and circumstances of the offense for which the defendant is being sentenced.
2. The history and characteristics of the offender.
3. The authorized sentences under 18 U.S.C. §3551.
4. The presentence report and addendum.
5. The advisory sentence guidelines.
6. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3662, 3582(a), and 3553(a)(1)-(7).
7. The position of the government, the defendant, and the probation department.

The Defendant entered a guilty plea on to count one of the Indictment.

The Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ordered as follows:**

1. That the plea agreement of the parties as stipulated in Court's Exhibits 1 and 2 is formally approved.

2. That the Government's Motion for Downward Departure Pursuant to 5K1.1 *for Substantial Assistance and Downward Departure* [#26] filed March 17, 2008, is **granted.**

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count One of the Indictment.

4. That pursuant to the Sentencing Reform Act of 1984, and the provisions of 18 U.S.C. §§ 3561 and 3562, it is the judgment and sentence of this court that the defendant, Ambrose Gonzales, is sentenced to supervised probation for a term of **one (1) year**, commencing forwith, during which term the defendant shall be subject to the jurisdiction of the court and the probation department.

5. That immediately following the conclusion of this sentencing hearing, the defendant shall report in person to Probation Officer Robert Ford, to

schedule an appointment and time to read, review, discuss, and sign the conditions of supervised release now required and ordered by this court.

6. That while on supervised probation, the defendant shall comply with all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. §3583(d).

7. That while on supervised probation, the defendant shall comply with all standard conditions of supervised release in effect throughout this district as imposed by the court.

8. That while on supervised probation the defendant shall comply with the following special conditions.

    - that the defendant shall not violate any federal, state or municipal statute, regulation or ordinance in any jurisdiction or place where he may be during the term of his/her supervised probation;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not posses or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of his DNA.;

9. That no fine is imposed.

10. That the defendant shall pay forthwith a special victim's fund assessment of $100.00.

11. That the mandatory drug-testing provisions of 18 U.S.C. § 3583 D are waived.

12. That the defendant's request that he be granted the reasonable and regular opportunity to accompany and travel with his mother to parts in northern New Mexico is granted.

Defendant waives formal advisement of appeal.


**9:30 a.m.    Court in Recess.**

*Total in court time: 00:25 minutes - hearing concluded*