**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00285-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AMBROSE GONZALES,

    Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of probation, it is

**ORDERED** that the defendant, AMBROSE GONZALES, be allowed to travel to Juarez, Mexico from July 3, 2008, until July 6, 2008.

**DATED** at Denver, Colorado, June 17, 2008.

                BY THE COURT:

                s/ Robert E. Blackburn
                **Robert E. Blackburn**
                **United States District Judge**